IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOCK MCNEELY,

    Petitioner,                   No. CIV S-06-2493 DFL KJM P

    vs.

BILL LOCKYER,

    Respondent.                <u>FINDINGS AND RECOMMENDATIONS</u>

                                 /

          Petitioner has filed an application for writ of habeas corpus under 28 U.S.C. § 2254 and has paid the filing fee. In his application, petitioner asserts that he has served the sentence for the conviction petitioner challenges. A writ of habeas corpus under 28 U.S.C. § 2254 is only available to persons "in custody" pursuant to the judgment of a state court. 28 U.S.C. § 2254(a). Because petitioner was not "in custody" when he filed this action, this action must be dismissed.[1]  See <u>Maleng v. Cook</u>, 490 U.S. 488, 490-91 (1989).

          In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed.

---

[1] In a declaration filed by counsel for petitioner on January 18, 2007, it appears that counsel believes petitioner satisfies the "in custody" requirement because petitioner must register as a sex offender under California law. However, the Ninth Circuit Court of Appeals has rejected this argument. <u>Williamson v. Gregoire</u>, 151 F.3d 1180, 1184 (9th Cir. 1998).

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, petitioner may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

8 DATED: January 24, 2007.

U.S. MAGISTRATE JUDGE

1
mcne2493.frs

2