IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCK MCNEELY,<br><br>      Petitioner,<br><br>vs.<br><br>BILL LOCKYER,<br><br>      Respondent. | No. 2:06-CV-2493-RRB-KJM P<br><br>**ORDER** |

        Petitioner Dock McNeely ("Petitioner"), an ex-prisoner, proceeding with the assistance of counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 24, 2007, Magistrate Judge Kimberly J, Mueller filed Findings and Recommendations (Docket 5) herein, which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within twenty days. Petitioner filed: (1) Objections to the Magistrate's Findings and Recommendations at Docket 6; and (2) a letter to the Court at Docket 8.

ORDER DISMISSING PETITIONER'S WRIT - 1
2:06-CV-2493-RRB-KJM P

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes; and, in accordance with the provisions of 28 U.S.C. § 636(b)(1)© and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter.  Having both carefully and thoroughly reviewed the same, the Court finds the Magistrate's Findings and Recommendations at Docket 5 to be supported by the record and by proper analysis.  While Petitioner may suffer the collateral consequences of an earlier conviction, he is currently not "in custody" so as to provide this Court with jurisdiction to address the writ of habeas corpus filed in this matter.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations at Docket 5, filed on January 24, 2007, are adopted in full; and

2. This action is **DISMISSED** with prejudice.

ENTERED this 12th day of October, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITIONER'S WRIT - 2
2:06-CV-2493-RRB-KJM P