IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOCK MCNEELY,

    Petitioner,                    No. CIV S-06-2493 JAM KJM P

    vs.

BILL LOCKYER,

    Respondent.                ORDER

_____/

        Petitioner has timely filed a notice of appeal of this court's October 15, 2007 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529

/////

1 | U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
2 | issues satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).
3 |       For the reasons set forth in the magistrate judge's January 24, 2007 findings and
4 | recommendations, and this court's October 15, 2007 order, jurists of reason would not find it
5 | debatable whether petitioner's application was properly dismissed.  Accordingly, a certificate of
6 | appealability should not issue in this action.
7 |       IT IS SO ORDERED.
8 | DATED: October 14, 2008

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT JUDGE